UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY GRUCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-0560 AC P<br><br><br><br>ORDER |

　　On July 17, 2014, plaintiff filed a motion to proceed in forma pauperis.  ECF No. 11.  However, by Order filed on July 8, 2014, this civil rights action was summarily dismissed, the case was closed, and judgment was thereon entered.[1]  ECF Nos. 9, 10.  Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: July 29, 2014

　　　　　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] In light of the summary dismissal, the court did not assess a filing fee.  See ECF No. 9 at 1.